**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DARRYL JACKSON**                                                   **PLAINTIFF**
**ADC #76647**

**V.**                  **CASE NO.: 5:10CV000078 SWW/BD**

**M. AUSTIN, et al.**                                           **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of April 2010.

                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE